

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00630-CV

Philip **SIMPSON**,
Appellant

v.

**COUNTRY OAKS MHC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023CV02529
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED no costs be assessed against appellant, Philip Simpson, because he is indigent.

SIGNED December 20, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice